# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130099(48)

CITIZENS INSURANCE COMPANY,
      Plaintiff,
      Counter-Defendant-Appellant,

v

PRO-SEAL SERVICE GROUP, INC., d/b/a
PRO-SEAL, INC.,
      Defendant,
      Counter-Plaintiff-Appellee,
and

SETH SHORT, RANDY QUINCY,
FLOWSERVE CORPORATION, and
FLOWSERVE MANAGEMENT COMPANY,
      Defendants.

SC: 130099
COA: 262759
Oakland CC: 04-056953-CZ

_____

      On order of the Chief Justice, the motion by plaintiff-appellant for leave to file a supplemental brief is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2006

_____
Clerk